**ORIGINAL**

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civ. No. 01-CV-1220 ADM/JGL

LATHERS, PLASTERERS & CABINET MAKERS INSURANCE TRUST,

Plaintiff,

vs.

THEMESCAPES, INC.,

Defendant.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1), the Plaintiff hereby dismisses the above-captioned action without prejudice.

Dated: May 3, 2002

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]

Pamela Hodges Nissen
Att'y Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

Attorneys For Plaintiff

FILED MAY 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

Date: May 10, 2002

The Honorable Ann D. Montgomery
Judge of District Court